UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-06519-CBM (MAA)**  Date: **June 11, 2019**

Title  **Roderick Washington v. City of Glendale Police Department *et al.***

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:
N/A  N/A

**Proceedings (In Chambers):**  **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

    On April 4, 2019, the Court issued a *Sua Sponte* Order Dismissing Complaint Pursuant to Federal Rule of Civil Procedure 8. ("Order," ECF No. 35.) The Order dismissed the Complaint with leave to amend and ordered Plaintiff Roderick Washington ("Plaintiff") to, no later than May 6, 2019, either: (1) file a First Amended Complaint that complies with Rule 8, or (2) advise the Court that Plaintiff does not intend to file a First Amended Complaint. (*Id*. at 2–3.) The Court explicitly cautioned Plaintiff that "[f]ailure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)." (*Id*. at 3.)

    To date, Plaintiff has filed neither a First Amended Complaint nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **July 11, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a First Amended Complaint or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

    **Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-06519-CBM (MAA)**                     Date:  **June 11, 2019**

Title   **Roderick Washington v. City of Glendale Police Department** *et al.*

Attachment
Notice of Dismissal (CV-09)

|  |  |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |