JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RODERICK WASHINGTON, | Case No. 2:18-cv-06519-CBM (MAA) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF GLENDALE POLICE DEPARTMENT *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

SEPTEMBER 13, 2019

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE